Submitted on record and briefs April 19, reversed April 25, 1977

In the Matter of Douglas Carney, alleged to be a mentally ill person.
STATE OF OREGON, *Respondent,*
*v.*
DOUGLAS CARNEY, *Appellant.*
(No. 3387, CA 7265)

562 P2d 1248

J. Dana Pinney, Medford, filed the brief for appellant.

W. Michael Gillette, Solicitor General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

Reversed. *State v. O'Neill,* 274 Or 59, 545 P2d 97 (1976).